IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MIRIAM BUTLER and EVELYN STEWART, in her capacity as Personal Representative of the Estate of Joseph Stewart, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and THE STANDARD FIRE INSURANCE COMPANY,<br><br>        Defendants. | Civil Action No. 3:19-cv-02621-JMC<br>JURY DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW Plaintiffs Miriam Butler and Evelyn Stewart (the "Plaintiffs"), by and through counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, give notice that Plaintiffs hereby voluntarily dismiss all of their claims in the pending litigation against Defendants The Travelers Home and Marine Insurance Company and The Standard Fire Insurance Company.

Respectfully submitted this the 21st day of May, 2021.

                                        /s/Summer Tompkins
                                        DAVID E. MASSEY (SC Bar 3679)
                                        SUMMER C. TOMPKINS (SC Bar 76078)
                                        LAW OFFICES OF DAVID E. MASSEY
                                           TRIAL LAWYERS
                                        1620 Gervais Street, Suite A

Post Office Box 7014
Columbia, SC 29202
(803) 256-4824
radmassey@aol.com
summertompkins2010@gmail.com

ERIK D. PETERSON*
MEHR, FAIRBANKS & PETERSON
   TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
(859) 225-3731
edp@austinmehr.com

J. BRANDON McWHERTER*
McWHERTER SCOTT & BOBBITT PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(615) 354-1144
brandon@msb.law

T. JOSEPH SNODGRASS*
LARSON KING, LLP
30 E. 7th Street, Suite 2800
St. Paul, MN 55101
(651) 312-6510
jsnodgrass@larsonking.com

*admitted *pro hac vice*

***Attorneys for Plaintiffs and Proposed Class Representatives***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court by using the eFiling system, and the foregoing has been served on May 21, 2021, by electronically mailing a true and accurate copy to the following:

William P. Davis
**Baker, Ravenel & Bender, LLP**
P.O. Box 8057 (29202)
3710 Landmark Drive, Suite 400 (29204)
Columbia, SC

Wystan Michael Ackerman, Esq.
Stephen E. Goldman
**Robinson & Cole LLP**
280 Trumbull Street
Hartford, CT 06103

                                                        s/Summer Tompkins